IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **JOYCE LARSON, individually and on behalf of all persons similarly situated,** | : : : |
| **Plaintiff** | : Case No.: 5:21-cv-00077-TTC : |
| v. | : Class/Collective Action : |
| **TRUE SELECT, LLC, et al.** | : : |
| **Defendants.** | : : |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

Plaintiff Joyce Larson ("Plaintiff" or "Larson") individually and on behalf of all others similarly-situated hereby move pursuant to 29 U.S.C. § 216(b) for approval of the Collective Action Settlement Agreement reached between Plaintiff and Defendants. Plaintiff respectfully moves the Court, without opposition by Defendants, to grant the following relief:

1. Finally approve as fair, adequate and reasonable, the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit B;

2. Approve under 29 U.S.C. § 216(b), for purposes of settlement only, the following conditionally-certified Settlement Class:

    Plaintiff Joyce Larson and all other individuals who filed valid notices of consent to join this action (Opt-In Plaintiffs) (the "Settlement Class");

3. Approve Plaintiff Joyce Larson as representative of the Settlement Class;

4. Approve Goodley McCarthy LLC as Counsel for the Settlement Class ("Settlement Class Counsel");

5. Approve Settlement Class Counsel's attorney fees and costs in the amount of $40,000.00;

1

6. Approve Settlement Class Counsel's litigation costs of $9,093.00;

7. Dismiss with prejudice the claims of the Settlement Class, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Dated: March 22, 2023

/s/ James E. Goodley
James E. Goodley (VA 87573)
Ryan P. McCarthy (pro hac vice)
GOODLEY MCCARTHY LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com

*Attorneys for Plaintiffs and the Settlement Class*